UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 20  A 11: 34

U.S. DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| GLEN FOREMAN, | |
| Plaintiff, | CIVIL ACTION NO. 3:02 CV 1204 (AVC) |
| v. | |
| FAMILY CARE VISITING NURSE AND HOME CARE AGENCY LLC, | October 17, 2003 |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| THERESA FOREMAN, | |
| Third-Party Defendant. | |

## MOTION TO EXTEND TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendant, Family Care Visiting Nurse and Home Care Agency, LLC, ("Defendant"), respectfully requests that the time for responding to Plaintiff, Glen Foreman's, Application For Attorney's Fees be extended 7 days from October 20, 2003 to October 27, 2003.

In support of this Motion, Defendant represent as follows:

1. Defendant's response to Plaintiff's Application For Attorney's Fees is currently due on October 20, 2003.

2. With the 7-day extension, Defendant's response to Plaintiff's Application For Attorney's Fees will be due on October 27, 2003.

3. The extension is necessary because Counsel for Defendant has had other commitments and requires additional time to review the 49 time sheet entries submitted by the Plaintiff.

4. Defendant's counsel has contacted Plaintiff's counsel to ascertain his position on this motion and he has consented to the requested extension of time.

5. This is Defendant's first motion for an extension of time to file a response to Plaintiff's Application For Attorney's Fees.

WHEREFORE, the defendant, Family Care Visiting Nurse and Home Care Agency, LLC, respectfully requests that this Motion to Extend Time be granted.

Respectfully submitted,

DEFENDANT
FAMILY CARE VISITING NURSE AND
HOME CARE AGENCY LLC

By: _____
Roger P. Gilson, Jr.
CT 07810
Conrad S. Kee
CT 16904
Christian A. Grenier
CT 21851
JACKSON LEWIS, LLP
177 Broad Street
P.O. Box 251
Stamford, Connecticut 06904-0251
(203) 961-0404 (Telephone)
(203) 324-4704 (Facsimile)
E-mail: GilsonR@jacksonlewis.com
          KeeC@jacksonlewis.com
          GrenierC@jacksonlewis.com
Its Attorneys

## CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing was served, this date, via regular mail, postage prepaid, to:

> William T. Blake, Jr., Esq.
> The Blake Law Firm
> 295 Main Street
> West Haven, Connecticut 06516

                _____
                Conrad S. Kee