UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLEN FOREMAN, | |
| Plaintiff, | CIVIL ACTION NO. 3:02 CV 1204 (AVC) |
| v. | |
| FAMILY CARE VISITING NURSE AND HOME CARE AGENCY LLC, | October 17, 2003 |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| THERESA FOREMAN, | |
| Third-Party Defendant. | |

**MOTION TO EXTEND TIME**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendant, Family Care Visiting Nurse and Home Care Agency, LLC, ("Defendant"), respectfully requests that the time for responding to Plaintiff, Glen Foreman's, Application For Attorney's Fees be extended 7 days from October 20, 2003 to October 27, 2003.

In support of this Motion, Defendant represent as follows:

1. Defendant's response to Plaintiff's Application For Attorney's Fees is currently due on October 20, 2003.

2. With the 7-day extension, Defendant's response to Plaintiff's Application For Attorney's Fees will be due on October 27, 2003.

October 23, 2003. GRANTED
SO ORDERED.
Alfred V. Covello, U.S.D.J.