UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLEN FOREMAN, | CIVIL ACTION NO. 3:02 CV 1204 (AVC) |
| Plaintiff, | |
| v. | |
| FAMILY CARE VISITING NURSE AND HOME CARE AGENCY LLC, | |
| Defendant and Third-Party Plaintiff, | October 27, 2003 |
| v. | |
| THERESA FOREMAN, | |
| Third-Party Defendant. | |

### DECLARATION OF CONRAD S. KEE
### IN SUPPORT OF DEFENDANT'S OPPOSITION TO
### PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES

I, CONRAD S. KEE, hereby declare as follows:

1. I am a partner with the law firm Jackson Lewis LLP and we represent the Defendant Family Care Visiting Nurse and Home Care Agency, LLC, in the above-referenced matter. I have personal knowledge of the matters set forth in this Declaration.

2. A true and correct copy of the relevant pages of the transcript of the deposition of Plaintiff Glen Foreman are attached hereto at Tab A.

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
CONRAD S. KEE

___27OCT03_____
DATE

## CERTIFICATION OF SERVICE

       This is to certify that a copy of the foregoing was served, this date, via regular mail, postage prepaid, to:

> William T. Blake, Jr., Esq.
> Harlow, Adams & Friedman, P.C.
> 300 BIC Drive
> Milford, Connecticut 06460

                                                                           _____

# TAB A

```
                                                              1


 1                    UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF CONNECTICUT

 3
           * * * * * * * * * * * *
 4     GLEN FOREMAN,
                                  *
 5        Plaintiff
                                  *
 6        VS.                           3:02 CV 1204 (AVC)
                                  *
 7     FAMILY CARE VISITING
       NURSE AND HOME CARE        *
 8     AGENCY LLC,
                                  *
 9        Defendant and
          Third-Party Plaintiff   *
10
          VS.                     *
11
       THERESA FOREMAN,           *
12
          Third-Party Defendant   *
13
           * * * * * * * * * * * *
14
                                          Stamford, CT
15
                                          May 7, 2003
16
                                          2:00 P.M.
17

18                          - - -
                  DEPOSITION OF JUNIOR GLEN FOREMAN
19                          - - -

20
       APPEARANCES:
21
            FOR GLEN FOREMAN and THERESA FOREMAN:
22
                  THE BLAKE LAW FIRM
23                BY:  WILLIAM T. BLAKE, JR. ESQ.
                       295 Main Street
24                     West Haven, CT   06516

25                      -- Continued --
```

                                                                    2

1     FOR FAMILY CARE VISITING NURSE AND HOME CARE
      AGENCY LLC:
2
           JACKSON LEWIS, LLP
3          BY:  CONRAD S. KEE, ESQ.
                177 Broad Street
4               P. O. Box 251
                Stamford, CT  06904-0251
5
      ALSO PRESENT:  THERESA FOREMAN
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

41

```
 1        Q.   Did your wife appear to be surprised by
 2   this?
 3        A.   She didn't understand it too well, so
 4   she told me to call up the labor board and speak
 5   on it or her attorney, he probably may know
 6   somebody that could explain it to me.  That's what
 7   I did, so I took that route.
 8        Q.   Have you spoken with any other
 9   individuals that worked for Family Care as an
10   independent contractor since you left the company?
11        A.   I can't say that I have, no.
12        Q.   Were there any other drivers that worked
13   for Family Care while you were there?
14        A.   Yes.
15        Q.   Who were they?
16        A.   There was a gentleman by the name of
17   Nelson.  I think he goes by David Charles or
18   something like that.  There was another driver,
19   first name basis, Jose.  There was another driver,
20   first name basis, Alan, there was another driver,
21   Louie.  There were a lot of them.
22        Q.   And anyone that worked consistently like
23   you did?
24        A.   Yes, Nelson.
25        Q.   Was he the only one?
```