UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 13  A 10: 53

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| GLEN FOREMAN, | CIVIL ACTION NO. 3:02 CV 1204 (AVC) |
| Plaintiff, | |
| v. | |
| FAMILY CARE VISITING NURSE AND HOME CARE AGENCY LLC, | January 12, 2004 |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| THERESA FOREMAN, | |
| Third-Party Defendant. | |

**MOTION ON CONSENT TO EXTEND DEADLINE
FOR SUBMISSION OF JOINT TRAIL MEMORANDUM**

Pursuant to D. Conn. L. Civ. R. 9(b), Third Party Plaintiff, Family Care Visiting Nurse and Home Care Agency, LLC, with consent of Third Party Defendant, Theresa Foreman, hereby moves for a twelve day extension of time to submit the Joint Trial Memorandum.

Pursuant to the Court's December 18, 2003 Pretrial Order, the Joint Trial Memorandum is due to be filed on or before January 18, 2004. After the requested twelve day extension, the Joint Trial Memorandum would be due January 30, 2004.

The parties request this extension of time because the Court has scheduled a Settlement Conference before the Honorable J. Read Murphy, PJO, on January 8, 2004. Because the parties intend to make a good faith effort to resolve the matter at the Settlement Conference,

**ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED**

they would prefer to refrain from expending the time and expense of preparing the Joint Trial Memorandum until after said Conference. In the event the Settlement Conference proves unsuccessful, the extension should give them sufficient time to finalize and file the Joint Trial Memorandum.

Third Party Plaintiff has advised Third Party Defendant's attorney of this motion and Third Party Defendant's attorney consents to it.

This is Third Party Plaintiff's the first motion to extend the deadline set in the Court's December 18, 2003 Pretrial Order for submission of the Joint Trial Memorandum.

                Respectfully submitted,

THIRD-PARTY PLAINTIFF
FAMILY CARE VISITING NURSE AND
HOME CARE AGENCY LLC

By: _____
     Roger P. Gilson, Jr.
     CT 07810
     Conrad S. Kee
     CT 16904
     Christian A. Grenier
     CT 21851
     JACKSON LEWIS, LLP
     177 Broad Street
     P.O. Box 251
     Stamford, Connecticut 06904-0251
     (203) 961-0404 (Telephone)
     (203) 324-4704 (Facsimile)
     E-mail: GilsonR@jacksonlewis.com
              KeeC@jacksonlewis.com
              GrenierC@jacksonlewis.com
     Its Attorneys

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was served, this date, via regular mail, postage prepaid, to:

     William T. Blake, Jr., Esq.
     Harlow, Adams & Friedman, P.C.
     300 Bic Drive
     Milford, Connecticut 06460-3058

_____
Christian A. Grenier