UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 13  A 10: 53

| | |
|---|---|
| GLEN FOREMAN, | |
| Plaintiff, | CIVIL ACTION NO. 3:02 CV 1204 (AVC) |
| v. | |
| FAMILY CARE VISITING NURSE AND HOME CARE AGENCY LLC, | January 12, 2004 |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| THERESA FOREMAN, | |
| Third-Party Defendant. | |

**MOTION ON CONSENT TO EXTEND DEADLINE
FOR SUBMISSION OF JOINT TRAIL MEMORANDUM**

Pursuant to D. Conn. L. Civ. R. 9(b), Third Party Plaintiff, Family Care Visiting Nurse and Home Care Agency, LLC, with consent of Third Party Defendant, Theresa Foreman, hereby moves for a twelve day extension of time to submit the Joint Trial Memorandum.

Pursuant to the Court's December 18, 2003 Pretrial Order, the Joint Trial Memorandum is due to be filed on or before January 18, 2004. After the requested twelve day extension, the Joint Trial Memorandum would be due January 30, 2004.

The parties request this extension of time because the Court has scheduled a Settlement Conference before the Honorable J. Read Murphy, PJO, on January 8, 2004. Because the parties intend to make a good faith effort to resolve the matter at the Settlement Conference,

**ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED**

January 14, 2004.  GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.