AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

Foreman v. Family Care

3rd Party Plaintiff's EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02CV1204(AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | kee (3rd Party) | 3DP. Blake |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 7/14/04, 7/15/04 | Lamoureux | Walker |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/14/04 | | ✓ | Rita Krett, Easton, CT; recalled by π |
| 2 | | 7/14/04 | | ✓ | Robert Davis, Bridgeport, CT |
| 3 | | 7/14/04 | | ✓ | Una Berry, Southbury, CT |
| 4 | | 7/14/04 | | ✓ | Charles Oksenberg, Stratford |
| 5 | | 7/14/04 | | ✓ | Teresa Foreman, Bridgeport, CT |
| 6 | | 7/14/04 | | ✓ | Glen Foreman, Bridgeport, CT |
| 7 | | 7/14/04 | | ✓ | David Krett Sr, Easton, CT |