AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **CT**

Foreman v. Family Care

3rd Party Plaintiff's **(EXHIBIT)** AND WITNESS LIST

FILED 2004 JUL 15 P 12:46

CASE NUMBER: 3:04 CV 1204 AVC

DISTRICT COURT HARTFORD, CT.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | 3rd P.A Kee | 3rd P.A Blake |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 7/14/04, 7/15/04 | Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/14/04 | ✓ | ✓ | Resume from Teresa Foreman w/ handwriting |
| 4 | | 7/14/04 | ✓ | ✓ | Employment Application of Teresa Foreman |
| 3 | | 7/14/04 | ✓ | ✓ | Application for Seminar |
| 2 | | 7/14/04 | ✓ | N̶O̶ ✓ | Agenda + Seminar materials (objection) overruled s̶u̶s̶t̶a̶i̶n̶e̶d̶ |
| 6 ~~5~~ | | 7/14/04 | ✓ | ✓ | Job description for Teresa Foreman |
| 5 | | 7/14/04 | ✓ | ✓ | 1999 Performance evaluation / T. Foreman |
| 7 | | 7/14/04 | ✓ | ✓ | 2001 Performance evaluation / T. Foreman |
| 8 | | 7/14/04 | ✓ | ✓ | Employee Confidentiality Agreement |
| 9 ~~10~~ | | 7/14/04 | ✓ | (✓) | Letter to Mrs Foreman re: driver wage claim |
| 12 | | 7/14/04 | ✓ | ✓ | Business card for ~~Uhee Berry~~ Teresa Foreman |
| 10 | | 7/14/04 | ✓ | ✓ | Tax Return for Foreman's ~~1999~~ 2000 |
| 11 | | 7/14/04 | ✓ | ✓ | Tax Return for 2001 - Foreman's |
| 13 | | 7/14/04 | ✓ | Obj. Sustained (ID) | Deposition Testimony Glen Foreman 5/7/03 |
| 14 | | 7/14/04 | ✓ | Obj. Sustained (ID) | " " " Teresa Foreman 5/7/03 |
| 15 | | 7/15/04 | ✓ | Obj. OR | Resignation Letter from Teresa Foreman - objection overruled |