AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

Foreman
v.
Family Care

3rd Party Defendant's
EXHIBIT ~~AND WITNESS~~ LIST  FILED 12:46

CASE NUMBER: 3:04CV1204(AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | 3id P↗ Kee | 3d P↗ Blake |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/14/04, 7/15/04 | Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES (Objection overruled) |
|---|---|---|---|---|---|
| | 1 | 7/14/04 | ✓ | ✓ | 1-20-99 Glen Foreman employment application |
| | 2 | 7/14/04 | ✓ | Obj. OR ✓ | 2000 Tax Return, ~~2001 Tax Return~~ Amendments |
| | 3 | 7/14/04 | ✓ | Obj OR | 2001 Tax Return Amendment |
| | 4 | 7/14/04 | ✓ | ID only | Glen Foreman Employment ~~documents~~ application (?) (#1) |
| | 5 | 7/14/04 | ✓ | ✓ | π1  Teresa Foreman Resume |
| | 6 | 7/14/04 | ✓ | ✓ | π4  Teresa Foreman Application |
| | 7 | 7/14/04 | ✓ | ✓ | π5  2000 Performance Review - T. Foreman |
| | 8 | 7/14/04 | ✓ | ✓ | π7  1999  "  "  "  " |
| | 9 | 7/14/04 | ✓ | ✓ | ~~2176-2179 Contract w/ Glen Foreman~~ 2001 Performance Review - T. Foreman |
| | 10 | 7/14/04 | ✓ | ✓ | 2176-9 Independent Contractor Agreement/ Glen Foreman |