# United States District Court

DISTRICT OF **CT**

Foreman v. Family Care

**3rd Party Defendant's** ~~EXHIBIT AND~~ **WITNESS LIST**

CASE NUMBER: 3:02CV1204(AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | 3rd P↗ Kee | 3d P↗'s Blake |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 7/14/04, 7/15/04 | Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 7/14/04 | | ✓ | Teresa Foreman, Bridgeport, CT |
| | | 7/15/04 | | ✓ | "        "        "        "   (Cross-Exam) |
| | 2 | 7/15/04 | | ✓ | Glen Foreman, Bridgeport, CT |