UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GLEN FOREMAN
    Plaintiff,

    v.

FAMILY CARE VISITING NURSE
AND HOME CARE AGENCY, LLC
    Defendant/Third Party Plaintiff         CASE NO. 3:02CV01204(AVC)

    v.

THERESA FOREMAN,
    Third Party Defendant

JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The plaintiff having filed a motion for judgment and the Court, on September 16, 2003 having granted said motion and a partial judgment having entered in favor of the plaintiff and against the defendant in the amount of $14,484.00 plus costs and accrued interest on September 17, 2003; and further

The third-party complaint having been duly tried to the Court, and the Court, on July 15, 2004 having ruled from the bench in favor of the third party defendant on all counts; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff Glen Foreman and against the defendant Family Care Visiting Nurse and Home Care Agency, LLC in the amount of $14,484.00 plus costs and accrued interest; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in

favor of the third party defendant, Teresa Foreman and against the third party plaintiff Family

Care Visiting Nurse and Home Care Agency, LLC, with no further costs taxed to any party.

Dated at Hartford, Connecticut, this 15th day of July, 2004.

KEVIN F. ROWE, Clerk

By_____/s/ JW_____

_____  Jo-Ann Walker

EOD: _____    Deputy Clerk