UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN STREET
HARTFORD, CT 06103

FILED

2004 JUL 27  A 11: 04

U.S. DISTRICT COURT
HARTFORD, CT.

July 23, 2004

William Thomas Blake Jr.
Harlow, Adams & Friedman, P.C.
300 Bic Dr.
Milford, CT 06460-3058

    Re:    <u>Glen Foreman v. Family Care Visiting Nurse & Home Care Agency, LLC</u>
             Third Party Complaint v. Teresa Foreman
             3:02cv01204(AVC)

Dear Mr. Blake:

The above-identified matter having been disposed of in this court:

(x) Enclosed are the Third Party Defendant's exhibits marked as full from trial

Please acknowledge receipt of the documents on the copy of this letter and return it to the Hartford Clerk's Office.

Thank you for your cooperation.

                              Sincerely,

                              KEVIN F. ROWE, CLERK

                              Jo Ann Walker
                              Deputy Clerk

ACKNOWLEDGMENT: _W T Blake_     DATE: 7-26-04