UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| **GLEN FOREMAN** | : | CIVIL ACTION NO. 3:02 CV 1204 (ACV) |
| v. | : | |
| **FAMILY CARE VISITING NURSE** | : | |
| **AND HOME CARE AGENCY, LLC** | : | July 27, 2004 |

## PLAINTIFF'S RENEWED APPLICATION FOR ATTORNEY'S FEES PURSUANT TO 29 U.S.C. §216(b)

Now comes the Plaintiff, Glen Foreman, by and through his attorney, William T. Blake, Jr., and respectfully request this Honorable Court to enter an Order awarding him reasonable attorney's fees in the amount of $10,560.00 be paid by the defendant, Family Care Visiting Nurse and Home Care Agency, LLC ("Family Care VNA") stating as his grounds therefor that:

1. The award of reasonable attorney's fees in lawsuits brought pursuant to the Fair Labor Standards Act 29 U.S.C. §201 et seq. is authorized by 29 U.S.C. §216(b).

2. 29 U.S.C. §216(b) provides, in pertinent part, that "[t]he court in such action shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and the costs of the action."

3. The original application was filed within thirty days of the September 17, 2003 entry of partial judgment in favor of the plaintiff against the defendant in the amount of $14,484.00 plus costs and accrued interest. On April 15, 2004, the Court denied the plaintiff's motion for attorney's fees, without prejudice to its being renewed. This Renewed Application is being filed within thirty (30) days after entry of Judgment. The renewed application for attorney's fees thus complies with the time requirements of Local Rule 11(a).

1

4. The amount of attorney's fees requested in this application is reasonable in light of the relevant factors set out in the case law, as demonstrated by the accompanying memorandum of law, affidavit, and time records.

5. On April 15, 2004, the Court (Covello, J.) denied the plaintiff's application for attorney's fees without prejudice, citing a lack of clarity with regard to the hours expended.

6. The plaintiff has revised his application for attorney's fees to address the problems cited in the Court's April 15, 2004 ruling.

WHEREFORE, the plaintiff prays that attorney's fees in the above-requested amount be awarded by the Court.

THE PLAINTIFF

By: *[signature]*
William T. Blake, Jr.
Harlow, Adams & Friedman, P. C..
300 Bic Drive
Milford, CT 06460
(203) 878-0661
fax (203) 878-9568

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Memorandum of Law and Affidavit of Plaintiff's Attorney was mailed via first class United States mail on July 27, 2004 to the following:

Conrad S. Kee, Esq.
Jackson Lewis LLP
PO Box 251
Stamford, CT 06904-0251

_____
William T. Blake, Jr.