UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLEN FOREMAN | : CIVIL ACTION NO. |
| | : 3:02CV1204 (ACV) |
| v. | : |
| | : |
| FAMILY CARE VISITING NURSE | : |
| | |
| AND HOME CARE AGENCY, LLC | : JULY 27, 2004 |

### AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF RENEWED APPLICATION FOR ATTORNEY'S FEES

William T. Blake, Jr. being duly sworn, does hereby testify as follows:

1. I am over the age of 18 years, and I believe in obligation of an oath

2. I am an attorney at law duly licensed to practice before the courts of the State of Connecticut, and haveen engaged in the practice of law for seventeen years, including the litigation of employment related matters. When this law suit was filed, I was a sole practitioner, practicing as William T. Blake, Jr. LLC, at 295 Main Street, West Haven, CT. Since June 1, 2003, I have been associated with the firm of Harlow, Adams & Friedman, P.C., 300 Bic Drive, Milford, CT. Over the past 10 years, a significant portion of my practice has been in employment-related matters.

3. I am the attorney of record for the plaintiff in the above-captioned matter, and have represented him with regard to the subject matter of this action since June 2002, when I was retained by the plaintiff pursuant to a written agreement to pursue a claim against the defendant for injuries suffered by the plaintiff arising out of the defendant's failure to pay overtime pay to the plaintiff.

4. In the course of my representation of the plaintiff in the above-captioned matter, I have expended 53.8 hours performing necessary legal services in connection with plaintiff's successful claims. Attached to this affidavit as Exhibit A are contemporaneous time records detailing the legal services I performed in this matter, modified in accordance with the Court's April 15, 2004 decision on the original motion for attorney's fees.

5. In addition the 52.8 hours of legal work claimed on the attached time-sheet, one (1) hour of work is claimed for preparing the Renewed Application for Attorney's Fees, Supporting Brief and Affidavit.
6. The hourly rate of $200/hr claimed for these hours is at the lower end of the prevailing

market rates in this community for attorneys with similar skill and experience, and is reasonable for this type of matter.

7. Based upon the foregoing factors, I respectfully request that the plaintiff's renewed application for attorney's fees be granted in the amount of $10,760.00, for 53.8 hours of work, at the rate of $200.00 per hour.

_____
William T. Blake, Jr. Esq.


Subscribed and sworn to before me this 27th day of July, 2004


_____
Notary Public
My commission expires: 1-31-08

*William T. Blake, Jr. LLC*
P. O. Box 396
Seymour, CT 06483-0396

Ph: 203-931-8882     Fax: 203-932-3624

Glen Foreman                                                                  September 26, 2003
297 Broadbridge Road
Bridgeport, CT 06611

Attention:

RE:     Glen Foreman v Family Care Visiting Nurse and Home Care LLC

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Jun-06-02 | Meeting with Glen Foreman regarding employment with Family Care VNA, duties of position, terms and conditions of employment. | 1.50 | WTB |
| Jun-10-02 | Legal research re: FLSA claim. Review of elements of Connecticut wage payment statute claim. Review of factual background, possible causes of action. | 3.20 | WTB |
| Jun-11-02 | Research status of defendant with Secretary of State. Draft writ, summons and complaint. Draft letter to marshal. | 3.10 | WTB |
| Jul-15-02 | Review of notice of removal to federal court. Telephone call with client. | 0.30 | WTB |
| Aug-14-02 | Review of orders re: timelines. Telephone call with Attorney Grenier. | 0.40 | WTB |
| Aug-19-02 | Review order on scheduling, draft and forward Rule 26 report to defendant's counsel. Telephone call with Attorney Grenier. | 1.10 | WTB |
| Aug-23-02 | Telephone call with Attorney Grenier re: scheduling order. | 0.20 | WTB |
| Sep-03-02 | Review scheduling order. | 0.10 | WTB |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Sep-16-02 | Prepare Rule 26 report. Organize review and produce documents. Telephone call with client re: information for Rule 26 report. | 2.20 | WTB |
| Sep-17-02 | Meeting with client re: background, details of daily duties. Telephone call with Attorney Grenier re: damages, Rule 26 statement. | 2.50 | WTB |
| ~~Oct-02-02~~ | ~~Telephone call with client re: unemployment hearing.~~ | ~~0.10~~ | ~~WTB~~ |
| ~~Oct-03-02~~ | ~~Telephone call with client re: unemployment hearing.~~ | ~~0.10~~ | ~~WTB~~ |
| ~~Oct-21-02~~ | ~~Review of motion to cite in T. Foreman.~~ Telephone call with client re motion to cite in. | ~~0.30~~ | ~~WTB~~ |
| Oct-22-02 | Telephone call with client. | 0.10 | WTB |
| ~~Oct-30-02~~ | ~~Telephone call with Foreman re: results of~~ unemployment hearing. | ~~0.20~~ | ~~WTB~~ |
| Nov-01-02 | Review discovery requests. Determine action necessary to respond. Speak to client regarding discovery requests, forward to client. | 1.50 | WTB |
| Nov-19-02 | Telephone call with client regarding discovery responses. | 0.10 | WTB |
| Nov-25-02 | Prepare responses to defendant's request for interrogatories.. | 2.80 | WTB |
| Nov-26-02 | Review documents. Organize, draft and file objections. Organize, draft and file responses to defendant's request for interrogatories and production of documents. Review with client and prepare certification. | 3.20 | WTB |
| Dec-09-02 | Review of notice of deposition. Draft letter to client. | 0.30 | WTB |
| Jan-07-03 | Legal research re: determination of independent contractor and employee status for FLSA. Analyze facts in light of factors. | 3.30 | WTB |
| Jan-20-03 | Review caselaw regarding FLSA standards. Determine prospects for summary judgment decisions. | 2.30 | WTB |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Jan-21-03 | Draft Request for Production of Documents. Draft reply to letter re: sufficiency of discovery response. | 3.50 | WTB |
| Jan-22-03 | Draft letter to Attorney Grenier. Review documents and discovery responses. Draft objection to Second Request for Documents. Telephone call with client. | 2.40 | WTB |
| Jan-23-03 | Telephone call with C, Grenier re: depositions, discovery issues. Telephone call with client. Draft deposition notice. | 0.80 | WTB |
| Feb-11-03 | Telephone call with client. Prepare employment releases. Draft letter to Attorney Grenier. | 0.80 | WTB |
| Feb-13-03 | Review of correspondence from attorney Grenier, attention to response. | 0.30 | WTB |
| Feb-19-03 | Draft Supplemental Response to defendant's First Discovery Request. Draft letter to Attorney Grenier. | 1.50 | WTB |
| Feb-20-03 | Telephone call with Jackson Lewis office re: deposition postponement. Telephone call with client. | 0.10 | WTB |
| ~~Feb-21-03~~ | ~~Review letter from Attorney Grenier, motion to extend time, 26(f) report for third-party~~ claim. | 1.00 | WTB |
| ~~Feb-25-03~~ | ~~Draft letter to Grenier. Draft statements re: defenses and counterclaims.~~ | 0.60 | WTB |
| Feb-27-03 | Review Laidlaw Transportation personnel file. Draft supplemental response to document request. | 0.80 | WTB |
| Mar-21-03 | Attention to defendant's production of documents. Review documents produced by defendant, analyze effect upon case. | 2.80 | WTB |
| Mar-28-03 | Telephone call with client re: status. | 0.10 | WTB |
| Mar-29-03 | Telephone call with client re: proposed settlement. | 0.10 | WTB |
| Mar-31-03 | Review of damages claim. Attention to Offer of Judgment. Telephone call with Attorney Grenier. Telephone call with client. | 3.50 | WTB |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Apr-01-03 | Telephone call with Attorney Grenier re: offer of judgment. Telephone call with client. | 0.20 | WTB |
| ~~Apr-02-03~~ | ~~Telephone call with G. Grenier re: settlement offer. Telephone call with T. Foreman.~~ | 0.20 | WTB |
| Apr-03-03 | Telephone call with Attorney Grenier. Legal research re: effect of accepting offer of judgment. Draft notice of acceptance of offer of judgment. Telephone call with client. | 1.40 | WTB |
| Apr-16-03 | Telephone call with G. Foreman re: settlement offer. | 0.10 | WTB |
| ~~Jun-03-03~~ | ~~Telephone call with client re: settlement conference.~~ | 0.20 | WTB |
| ~~Jun-05-03~~ | ~~Draft Settlement Conference Statement.~~ | 2.10 | WTB |
| ~~Jun-06-03~~ | ~~Revise Settlement Conference Statement, mail to Special Master Murphy.~~ | 0.50 | WTB |
| ~~Jun-11-03~~ | ~~Prepare for, travel to and attend Settlement Conference in Hartford.~~ | 4.30 | WTB |
| ~~Sep-10-03~~ | ~~Prepare for, travel to and attend second Settlement Conference.~~ | 3.20 | WTB |
| Sep-11-03 | Legal research and drafting of motion for entry of partial judgment. | 2.00 | WTB |
| Sep-23-03 | Legal research re: attorney's fee awards. Draft application for attorney's fee award. | 2.20 | WTB |
| Sep-24-03 | Draft memorandum of law. | 1.10 | WTB |
| Sep-25-03 | Draft affidavit. Review and revise application and memorandum of law. | 0.90 | WTB |
| | Totals | 65.60 | |